# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600274**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ROD D. TRIPLETT
Culinary Specialist Seaman Apprentice (E-2), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain David M. Harrison, JAGC, USN.
For Appellant: Captain James Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 30 December 2016

———————————————

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court